AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Carol Brigleb<br><br>Plaintiff(s)<br>v.<br>Lucid USA, Inc.<br><br>Defendant(s) | Civil Action No. 1:26-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lucid USA, Inc.
Registered Agent:
Corporation Service Co.
100 Shockoe Slip, Fl 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James B. Feinman (VSB# 28125)
James B. Feinman, Attorney at Law
PO BOX 697
Lynchburg, VA 24505
PH: 434-846-7603
FX: 434-846-0158
Email: jb@jfeinman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/14/2026

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:26-CV-00088

Plaintiff:
**Carol Brigleb**

vs.

Defendant:
**Lucid USA, Inc.**

For:
James Feinman
P. O. Box 697
Lynchburg, VA 24505

Received by Richmond Court Services Inc. to be served on **Lucid USA, Inc. c/o Corporation Service Company (Registered Agent), 100 Shockoe Slip - 2nd Floor, Richmond, VA 23219**.

I, Betty Rice, being duly sworn, depose and say that on the **15th day of January, 2026 at 11:55 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons & Complaint** to: **Rene Nordquist** as **Authorized Agent** at the address of: **100 Shockoe Slip - 2nd Floor, Richmond, VA 23219**, who stated they are authorized to accept service for **Lucid USA, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day of January, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

**Betty Rice**
Process Server

Richmond Court Services Inc.
7742 Robinwood Drive
Chesterfield, VA 23832
(804) 271-1442

Our Job Serial Number: RCT-2026000078

[Notary Seal: KENNETH V. CONDREY, NOTARY PUBLIC, REG. #347158, MY COMMISSION EXPIRES 05/06/2028, COMMONWEALTH OF VIRGINIA]

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

    **THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

    **CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | |
|---|---|
| Beverley L. Crump | Rene Nordquist |
| Dustin Kline | Sarah White |
| Katelyn VanBuren | |

    **WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: _____
Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

    The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

                                        Janet B. Woznicki
                                        Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026